

**ORDERED in the Southern District of Florida on December 8, 2011.**

_____
Raymond B. Ray, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In re:
JOHN DYER,                                    Case No. 11-36986
                                              Chapter 13
        Debtor.
_____/

**ORDER GRANTING MODIFICATION OF STAY IN FAVOR OF
SIENNA RIDGE HOMEOWNERS' ASSOCIATION, INC.**

THIS CASE came before the Court on December 2, 2011, upon the Motion for Relief from Stay filed pursuant to local rule 4001-1(c) by Sienna Ridge Homeonwners' Association, Inc. (hereinafter "Association"), and there being no objection to the entry of this order, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. That the Motion for Relief from Stay is granted so that the Association may proceed its in rem action to foreclose on its lien on real property, more fully described as:

> **Legal Description:** Commence at the Northeast corner of Tract S as shown on said Plant; thence South 55° 46'07" West, for a distasnce of 1016.80 feet to the Point of Beginning; thence South 89°14'10" West, for a distance of 38.81 feet; thence North 05° 50'56 East for a distance of 96.98 feet to the beginning of a non-tangent curve, concave Northerly and from said point a radial line bears North 05° 50'56" East; thence Easterly along a circular curve to the left, having a radius of 200.00 feet, a central angle of 06° 36'46", for an arc distance of 23.08 feet to a non-tangent line; thence North 89° 14'10" East, for a distance of 4.61 feet; thence South 00° 45'50" East, for a distance of 95.00 feet to the Point of Beginning and containing 3174 square feet, more or less. A/K/A Lot 17 of Sienna Ridge.
>
> **Street Address:** 7190 Sienna Ridge Drive, Lauderhill, Florida 33319.

2. It is ORDERED ADJUDGED AND DECREED that the Order Granting Relief from Stay is entered for the sole purpose of allowing the Association to commence in rem proceedings against the property and any other remedies the Association may have under applicable non-bankruptcy law; provided that the Association shall not seek or obtain an in personam judgment against the Debtor.

###

Submitted by:
Joe M. Grant, Esq.
Marshall Grant & Griffin, P.L.
601 S. Federal Highway, Suite 202
Boca Raton, FL 33432
561.672.7580
561.672.7581

Copy to:
Joe M. Grant, Esq. (Attorney Grant is directed to serve a conformed copy of this order, immediately upon receipt, on all parties listed on the Service List immediately upon receipt and to file a certificate of service with the Court).