**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
<u>**CHAPTER 13 PLAN (Individual Adjustment of Debts)**</u>

    <u>   1st   </u>    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
    <u>         </u>    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: <u>JOHN DYER</u>          CASE NO.: <u>11-36986-RBR</u>

This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of <u> 60 </u> months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $<u> 1,178.77 </u> for months <u> 1 </u> to <u> 6 </u>;
    B.    $<u> 1,361.76 </u> for months <u> 7 </u> to <u> 60 </u>;
    C.    $<u>         </u> for months <u>     </u> to <u>    </u>; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fees and Costs  - $<u>3500.00</u> fees & $<u>275.00</u> costs ($150.00 court costs, $75.00 credit reports & $50.00 pre-filing credit counseling);  TOTAL PAID PRE-PETITION $ 275.00
    Motion to Value Mort. $<u>775.00</u> (Safe Harbor) Motion to Value HOA $<u>775.00</u>
    TOTAL FEES & COSTS $<u>5,325.00</u>
    Balance Due    $<u> 5050.00 </u> payable $<u>505.00</u>/month (Months <u> 1 </u> to <u> 10 </u>)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

**Name: BankUnited**    **Arrearage on Petition Date $ <u>37,042.73</u> .**
**Address:**    **Arrears Payment  $<u>   55.83   </u>/month (Months <u> 1 </u> to <u> 6 </u>)**
**Account No:  2905102071300**    **Arrears Payment  $<u>  212.18   </u>/month (Months <u> 7 </u> to <u> 10 </u>)**
    **Arrears Payment  $<u> 717.18  </u>/month (Months <u> 11 </u> to <u> 60 </u>)**
    **Regular Payment  $<u> 310.78   </u>/month (Months <u> 1 </u> to <u> 60 </u>)**

**Name: The Regency Club Commun Ass.,**    **Arrearage on Petition Date $ <u>NONE – SEE BELOW.</u>**
**Inc.**    **Regular Payment  $<u>  200.00   </u>/month (Months <u> 1 </u> to <u> 60 </u>)**
**Address:**
**Account No: 24012**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Wells Fargo Bank**<br><br>**Loan #: 4386540313272305** | **Value $150,000.00**<br><br>**Collateral: 2401 East Aragon Blvd., Unit 2, Sunrise FL 33313** | N/A | N/A | N/A | **Strip Second Mortgage as Wholly Unsecured** |
| **The Regency Club Community Association, Inc.** | **Value $150,000.00**<br><br>**Collateral: 2401 East Aragon Blvd., Unit 2, Sunrise FL 33313** | N/A | N/A | N/A | **Strip Association arrears as Wholly Unsecured** |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1.<u>                              </u>    Total Due $
    Payable  $<u>          </u>/month (Months<u>      </u> to <u>    </u>) Regular Payment $

LF-31 (rev. 12/01/09)

<u>Unsecured Creditors:</u>   Pay $ 10.00 /month  (Months  7   to    60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is treated Broward County Tax Collector (#0492) outside of the Chapter 13 Plan.

_____/s/_____**FILED ECF**_____
Mitchell J Nowack, Esq. with knowledge and
Consent of the Debtor     D.O.F:09/28/2011                    Date:<u>3/23/12</u>

LF-31 (rev. 12/01/09)