**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

        2nd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
        _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: JOHN DYER_____ CASE NO.: 11-36986-RBR

This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.  $__1,178.77__ for months __1__ to __6__;
    B.  $__1439.54__ for months __7__ to __60__;
    C.  $_____ for months ____ to ____; in order to pay the following creditors:

Administrative:     Attorney's Fees and Costs - $3500.00 fees & $275.00 costs ($150.00 court costs, $75.00 credit reports & $50.00 pre-filing credit counseling); TOTAL PAID PRE-PETITION $ 275.00
          Motion to Value Mort. $775.00 (Safe Harbor) Motion to Value HOA $775.00
          TOTAL FEES & COSTS $5,325.00
          Balance Due     $ 5050.00 payable $505.00/month (Months __1__ to __10__)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

**Name: BankUnited**               **Arrearage on Petition Date $ 37,042.73 .**
**Address:**                            **Arrears Payment $ 55.83 /month (Months __1__ to __6__)**
**Account No: 1301**              **Arrears Payment $ 212.18 /month (Months __7__ to __10__)**
                                   **Arrears Payment $ 717.18 /month (Months __11__ to __60__)**
                                   **Regular Payment $ 381.49 /month (Months __1__ to __60__)**

**Name: The Regency Club Commun Ass., Inc.**     **Arrearage on Petition Date $ NONE – SEE BELOW.**
**Address:**                           **Regular Payment $ 200.00 /month (Months __1__ to __60__)**
**Account No: 24012**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Wells Fargo Bank**<br><br>**Loan #: 4386540313272305** | **Value $150,000.00**<br><br>**Collateral: 2401 East Aragon Blvd., Unit 2, Sunrise FL 33313** | N/A | N/A | N/A | **Strip Second Mortgage as Wholly Unsecured** |
| **The Regency Club Community Association, Inc.** | **Value $150,000.00**<br><br>**Collateral: 2401 East Aragon Blvd., Unit 2, Sunrise FL 33313** | N/A | N/A | N/A | **Strip Association arrears as Wholly Unsecured** |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____     Total Due $_____
                            Payable  $_____/month (Months____ to ___) Regular Payment $

LF-31 (rev. 12/01/09)

<u>Unsecured Creditors:</u>  Pay $ 10.00 /month  (Months  7  to   60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is treated Broward County Tax Collector (#0492) outside of the Chapter 13 Plan.

_____/s/_____**FILED ECF**____
Mitchell J Nowack, Esq. with knowledge and
Consent of the Debtor      D.O.F:09/28/2011                    Date:<u>3/23/12</u>