**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

JOHN DYER                                                              Case No.: 11-36986-RBR
                                                                       Chapter 13

　　　　　Debtor(s).
_____/

**MOTION TO MODIFY PLAN AND CONFIRM MODIFIED PLAN AND**
**CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

　　　　COME(S) NOW the Debtor(s), JOHN DYER, by and through the undersigned attorney, and moves this court to allow the debtor(s) to modify their plan, and for the court to confirm the modified plan and would state as follows:

　　　　1.　　The debtor(s) have failed to stay current under the presently confirmed plan and are asking the Court to allow the modified plan to cure both the pre-petition arrearage and the post-confirmation delinquency during the modified plan term.

　　　　2.　　The proposed modified plan is attached.

　　　　3.　　No creditor would be prejudiced in that the debtor(s) have paid a substantial amount into the plan, and is/are paying the secured creditor in full. The modifications are made in good faith.

　　　　WHEREFORE, the Debtor(s) pray that this court grant the relief requested based on the aforementioned grounds.

CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

      I hereby certify that a copy of the foregoing Motion and Notice of Hearing subsequently generated by the court after the filing of the instant motion was served in the manner described below, on  January 22, 2014 , upon:

<u>Via CM/ECF:</u>

Jeffrey S. Berlowitz on behalf of Creditor The Regency Club Community Association
jberlowitz@srhl-law.com, mcabrera@srhl-law.com

John C. Brock, Esq. on behalf of Creditor BankUnited, FSB
bkfl@albertellilaw.com

Joe M. Grant, Esq. on behalf of Creditor Sienna Ridge Homeowners' Association, Inc.
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com

Bart Heffernan on behalf of Creditor Select Portfolio Servicing, Inc.
MLGFL-BK@mlg-defaultlaw.com

Wanda D Murray on behalf of Creditor Christiana Trust
bankruptcynotices@KASSLAW.com, WMurray@kasslaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

<u>Via US Mail</u>:
All other parties of record

                *Law Offices of*
                NOWACK & OLSON, PLLC
                Attorney for Debtor(s)
                8180 NW 36th Street, Suite 209
                Miami, FL 33166
                (305) 698-2265

                /s/ Mitchell J. Nowack
                MITCHELL J. NOWACK, ESQ.
                Florida Bar Number: 099661