**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_____1st_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: JOHN DYER                           CASE NO.: 11-36986-RBR

This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,132.52   for months   1   to  29  ;
    B.    $ 1,649.60   for months  30   to  60  ;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:    Attorney's Fees and Costs  - $3500.00 fees & $275.00 costs ($150.00 court costs, $75.00 credit reports & $50.00 pre-filing credit counseling);  TOTAL PAID PRE-PETITION $ 275.00
Motion to Value Mort. $775.00 (Safe Harbor) Motion to Value HOA $775.00
Motion to Modify $525.00; TOTAL FEES & COSTS $5,850.00
Balance Due     $ 5575.00  payable $174.14 /month  (Months  1  to  29 )
payable $525.00 /month  (Months  30  to  30 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

**Name: BankUnited**    **Arrearage on Petition Date $ 37,042.73 .**
**Address:**    **Arrears Payment  $   415.75   /month (Months    1  to   29  )**
**Account No:  1301**    **Arrears Payment  $  297.93    /month (Months   30   to   30  )**
    **Arrears Payment  $  822.93    /month (Months   31   to   60  )**
    **Regular Payment  $  321.77    /month (Months    1   to   29  )**
    **Regular Payment  $  437.40    /month (Months   30   to   60  )**

**Name: The Regency Club Commun Ass.,**    **Arrearage on Petition Date $ NONE – SEE BELOW.**
**Inc.**    **Regular Payment  $   168.67   /month (Months    1  to   29  )**
**Address:**    **Regular Payment  $  229.31   /month (Months    30  to   60   )**
**Account No: 24012**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Wells Fargo Bank**<br><br>**Loan #: 4386540313272305** | **Value $150,000.00**<br><br>**Collateral: 2401 East Aragon Blvd., Unit 2, Sunrise FL 33313** | N/A | N/A | N/A | **Strip Second Mortgage as Wholly Unsecured** |
| **The Regency Club Community Association, Inc.** | **Value $150,000.00**<br><br>**Collateral: 2401 East Aragon Blvd., Unit 2, Sunrise FL 33313** | N/A | N/A | N/A | **Strip Association arrears as Wholly Unsecured** |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____          Total Due $
    Payable   $_____/month  (Months_____ to ___) Regular Payment $

LF-31 (rev. 12/01/09)

Unsecured Creditors:   Pay $ 20.85 /month  (Months  1  to  29 ) and Pay $ 10.00 /month  (Months 30  to  60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is treated Broward County Tax Collector (#0492) outside of the Chapter 13 Plan.

_____/s/_____**FILED ECF**_____
Mitchell J Nowack, Esq. with knowledge and
Consent of the Debtor     D.O.F:09/28/2011                    Date:02/04/14

LF-31 (rev. 12/01/09)